

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

January 10, 2024

> MEMO ENDORSEMENT.
> The Court will hold a telephone conference in this matter on Tuesday, January 16, 2024 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 1/12/2024   SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge

RE: *U.S. v. Nirvani Sabess*
Case No.: 1:23-cr-00371-LJL-1

Dear Judge Liman:

    Enclosed please find a letter from Nirvani Sabess, which she has asked that we adopt and file on her behalf.

    As your Honor is aware, Ms. Sabess last appeared before you at her sentencing hearing on November 20, 2023. As a part of the sentence imposed, she is to serve a two-month period of incarceration, for which she will surrender to BOP on January 30, 2024. Our research indicates that there is no legal basis or issue with her sentence, and Ms. Sabess recognizes the same. However, due to worsening issues in her family and personal life, including Mr. Sabess' despairing mental health and explicit death threats made to Ms. Sabess by her estranged husband, she prays, respectfully, that the court consider reducing her period of incarceration to one month, and increasing her period of home confinement by the same period.

    Ms. Sabess remains ready to surrender on January 30, 2024, and begin serving her sentence. Nevertheless, we appreciate your Honor's consideration in her request, based on the recent detrimental changes in her life.

Respectfully,

/s/   Scott E. Migden

Scott E. Migden, Associate

Direct: (718) 701-5405
SM@TsiglerLaw.com